**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**FILED**
JUN 14 2022
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**RAYLON SHARROD TRIPLETT-ARMSTRONG and ISHMEL MUSTAFA BROWN,**<br><br>*Defendants.* | <u>SEALED</u><br><br>Case No. **CR 22-091 RAW** |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

**POSSESSION WITH INTENT TO DISTRIBUTE FENTANYL**
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B), & 18 U.S.C. § 2]**

On or about January 7, 2022, in the Eastern District of Oklahoma, the defendants, **RAYLON SHARROD TRIPLETT-ARMSTRONG** and **ISHMEL MUSTAFA BROWN**, did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl (N-phenyl-N[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT TWO

**POSSESSION OF A FIREARM IN FUTHERANCE OF DRUG TRAFFICKING CRIME**
**[18 U.S.C. § 924(c)]**

On or about January 7, 2022, in the Eastern District of Oklahoma, the defendants, **RAYLON SHARROD TRIPLETT-ARMSTRONG** and **ISHMEL MUSTAFA BROWN**, did knowingly possess the following firearm, to wit:

- One Smith and Wesson, Model 686-6, .357 Magnum caliber, revolver, serial number DMX9560; and

- One Glock, Model 21Gen4, .45ACP caliber, semi-automatic pistol, serial number AFBW282;

in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute Fentanyl as alleged in Count One, in violation of Title 18, United States Code, Section 924(c).

## COUNT THREE

### FELON IN POSSESSION OF FIREARM
### [18 U.S.C. §§ 922(g)(1) & 924(a)(2)]

On or about January 7, 2022, in the Eastern District of Oklahoma, the defendant, **RAYLON SHARROD TRIPLETT-ARMSTRONG**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing of such conviction, did knowingly possess in and affecting commerce, the following firearm, to-wit:

- One Smith and Wesson, Model 686-6, .357 Magnum caliber, revolver, serial number DMX9560; and

- One Glock, Model 21Gen4, .45ACP caliber, semi-automatic pistol, serial number AFBW282;

which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d), 21 U.S.C. § 853, & 28 U.S.C. § 2461(c)]

The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18,

United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations alleged in Counts One through Three of this Indictment involving violations of Title 18, United States Code, Sections 2, 924(c), 922(g)(1), and 924(a)(2), and Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B), the defendants, **RAYLON SHARROD TRIPLETT-ARMSTRONG** and **ISHMEL MUSTAFA BROWN**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c) any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as the result of such offense[s], and any in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense(s), as well as all firearms and ammunition involved in the commission of the offenses, including, but not limited to:

- One (1) Smith and Wesson, Model 686-6, .357 Magnum caliber, revolver, serial number DMX9560;
- One (1) Glock, Model 21Gen4, .45ACP caliber, semi-automatic pistol, serial number AFBW282;
- Approximately seven (7) rounds of .357 caliber ammunition; and
- Approximately twenty-nine (29) rounds of .45 caliber ammunition.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

_____
RYAN CONWAY, NYBA # 5428149
Assistant United States Attorney

s / Foreperson
FOREPERSON OF THE GRAND JURY