# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No.: CR-22-091-RAW-001 |
| v. | ) | Date: 2/22/2023 |
| RAYLON SHARROD TRIPLETT-ARMSTRONG | ) | Time: 10:16 a.m. – 10:30 a.m. |
| Defendant. | ) | |

## MINUTE SHEET
## CHANGE of PLEA

U.S. Magistrate Judge Kimberly E. West    Toni Moore, Deputy Clerk    K. McWhorter, Court Reporter
FTR Courtroom:  3 - Room 432

Counsel for Plaintiff:  Zachary W. Parsons, AUSA,
Counsel for Defendant: Paul Warren Gotcher, Appointed

Defendant appears: ☒ with Counsel;  ☐ Counsel waived;  ☐ w/o Counsel;
Defendant: ☒ Sworn
☐ Defendant gives consent to proceed by video conference
☒ Consent to Proceed before U. S. Magistrate Judge executed by defendant and filed.

☒ Defendant advised of charges and possible penalties
☒ Guideline estimates discussed
☒ Defendant entered guilty plea to Count(s)  __1__  of the Indictment
☐ Plea Agreement:  ☐ terms orally disclosed   ☐ written plea agreement filed   ☒ no written plea agreement
  ☐ Motion for Additional One Point Reduction for Acceptance of Responsibility filed by Government
  ☒ Remaining Count(s) to be dismissed at sentencing: Count(s) __2 & 3__

Defendant waived:  ☐ Indictment;   ☒ Jury Trial;   ☐ Speedy Trial;   ☐ 30 Days Preparation;
☐ Separate Representation;   ☒ Waiver(s) accepted by Court

☒ Defendant waived right to having jury determine facts used to enhance Defendant's sentence and consents to the sentencing judge to determine those facts

☒ Defendant related facts of charge;   ☒ Government agreed Defendant's statements meet elements of offense

☒ Court findings:   ☒ Defendant found mentally competent to understand charges and proceedings
              ☒ Factual basis for Defendant's plea;
              ☒ Defendant is guilty as charged as to Count(s)  __1__  of the Indictment

☒ PSI Ordered

☐ Defendant released on same conditions with pretrial supervision (re: Order Setting Conditions of Release)
☒ Government requested U.S. Magistrate issue Report and Recommendation to District Court with regard to finding of guilt. DENIED (KEW).

☒ Defendant remanded to custody of U.S. Marshal