# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-22-91-RAW |
| ) | |
| RAYLON SHARROD TRIPLETT- ) | |
| ARMSTRONG and ISHMEL MUSTAFA ) | |
| BROWN, ) | |
| ) | |
| Defendants. ) | |

## ORDER

At the conclusion of the government's evidence, defendant Triplett-Armstrong orally moved for judgment of acquittal. For the reasons stated at the hearing, the motion was granted in part and denied in part.

It is the order of the court that the oral motion of defendant Triplett-Armstrong for judgment of acquittal is hereby granted as to Counts Two and Three and denied as to Count One.

**ORDERED THIS 23rd DAY OF FEBRUARY, 2023.**

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**