## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CR-22-91-RAW** |
| | ) | |
| **RAYLON SHARROD TRIPLETT-** | ) | |
| **ARMSTRONG and ISHMEL MUSTAFA** | ) | |
| **BROWN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PARTIAL JUDGMENT OF ACQUITTAL - DEFENDANT TRIPLETT-

## ARMSTRONG

The court, granting in part defendant Triplett-Armstrong's motion for judgment of acquittal, hereby enters a partial judgment of acquittal in favor of defendant Triplett-Armstrong.

It is the order of the court that defendant Raylon Sharrod Triplett-Armstrong is acquitted of Count Two and Count Three of the Indictment.

**ORDERED THIS 23rd DAY OF FEBRUARY, 2023.**

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**